# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER FEDDER,** | : | Civil No. 4:21-CV-1677 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SNYDER COUNTY,** | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 18th day of January 2022, in accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss the plaintiff's complaint (Doc. 14) is GRANTED. The clerk is directed to close this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge